BRYAN SCHRODER
United States Attorney

JENNIFER IVERS
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
jennifer.ivers@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GIAN CARLO CLEMENTE PANGILINAN, a/k/a "G;" MUNA JUNIOR RHODE, KAO CHIANG SAELEE, a/k/a "Robbie;" AND HANS MIKAELE WELLS, a/k/a "Mika;"<br><br>　　　　Defendants. | No. 3:20-cr-00092-SLG-MMS |

## MOTION TO UNSEAL

Defendant Kao Saelee was arrested in the District of Alaska during the evening of Friday, November 6, 2020. Because the need for secrecy has passed, the Government asks that the indictment be unsealed, and that arraignments be scheduled for the remaining codefendants.

RESPECTFULLY SUBMITTED November 9, 2020 at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

/s Jennifer Ivers
JENNIFER IVERS
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2020
a true and correct copy of the foregoing
was served electronically on:


/s Jennifer Ivers
Office of the U.S. Attorney

U.S. v. Pangilinan et al.
3:20-cr-00092-SLG-MMS