# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIAN CARLO PANGILINAN,<br><br>Defendant. | Case No. 3:20-cr-00092-SLG-MMS |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 133. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Defendant entered a guilty plea to Count 2 of the Indictment, Theft of Firearms from a Licensed Dealer, which is a violation of 18 U.S.C. §§922(u), 924(i)(1).

Judge Scoble issued a Final Report and Recommendation at Docket 142, in which he recommended that the District Court accept Defendant's plea of guilty to Count 2 of the Indictment. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 2 of the Indictment—Theft of Firearms from a Licensed Dealer—and Defendant is adjudged GUILTY of Count 2. An Imposition of Sentence hearing has been scheduled for January 6, 2023, at 10:30 a.m. before District Judge Sharon L. Gleason in Anchorage Courtroom 2.

DATED this 27th day of September, 2022, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cr-00092-SLG-MMS, *United States v. Pangilinan*
Order Re Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty
Page 2 of 2

Case 3:20-cr-00092-SLG-MMS   Document 148   Filed 09/27/22   Page 2 of 2